**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1744**

ALONZO MORTON,

Plaintiff - Appellant,

v.

FROEHLING & ROBERTSON, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:25-cv-00028-REP)

Submitted:  December 18, 2025                    Decided:  December 22, 2025

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alonzo Morton, Appellant Pro Se.  Eileen Ruth Geller, Lilias M. Gordon, O'HAGAN MEYER PLLC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Morton appeals the district court's order granting Defendant's motion to dismiss Morton's discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; 42 U.S.C. § 1981; and the Virginia Human Rights Act, Va. Code Ann. §§ 2.2-3900 to 2.2-3902.[*] We have reviewed the record in conjunction with the arguments Morton raises in his informal brief and find no reversible error. Accordingly, we affirm the district court's order, *Morton v. Froehling & Roberston, Inc.*, No. 3:25-cv-00028-REP (E.D. Va. June 16, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Morton has also filed multiple motions, including a motion to supplement the record, for sanctions against Defendant's counsel, to disqualify the district court judge, and to amend his complaint. We deny all pending motions.